IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JOSEPH W. WRIGHT,** | ) | Civil Action No. 7:13-cv-00346 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **NEW RIVER VALLEY** | ) | |
| **REGIONAL JAIL,** | ) | By:    Hon. Michael F. Urbanski |
|     Defendant. | ) |        United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

### ORDERED

that the Complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1);

Plaintiff's motion to proceed <u>in forma pauperis</u> is **DENIED as moot**; and the action is

**STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

Entered: August 8, 2013

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge