**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **JOSEPH W. WRIGHT,** ) | Civil Action No. 7:13-cv-00346 | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| **NEW RIVER VALLEY** ) | | |
| **REGIONAL JAIL,** ) | By: | Hon. Michael F. Urbanski |
|     Defendant. ) | | United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1);

Plaintiff's motion to proceed in forma pauperis is **DENIED as moot**; and the action is

**STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum

Opinion to Plaintiff.

        Entered:  August 8, 2013

        /s/ Michael F. Urbanski

        Michael F. Urbanski
        United States District Judge